UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER TO ADVANCE SECURITY IN
AMERICA,

       Plaintiff,

  v.

UNITED STATES MILITARY ACADEMY
AT WEST POINT,

       Defendant.

Civil Action No. 25-0316 (TJK)

## STIPULATION OF DISMISSAL

Plaintiff is now satisfied with Defendant's production in this FOIA matter.  Accordingly,

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant

stipulate to the dismissal with prejudice of the above-captioned action. Each side agrees to bear

their own attorney's fees and costs.

*   *   *

- 2 -

Dated: January 16, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Karin Moore Sweigart*
Karin Moore Sweigart
D.D.C. Bar ID: CA00145
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
KSweigart@Dhillonlaw.com

By: _____ /s/ *Brian Tracy* _____
      BRIAN C. TRACY, NE Bar # 25379
      Special Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2574
      brian.tracy@usdoj.gov

*Attorneys for the United States of America*

Jacob William Roth
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Telephone: 561-227-4959
JRoth@Dhillonlaw.com

*Counsel for Plaintiff*